AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Jose Luis SANTIAGO- Cuellar<br><br>_Defendant(s)_ | )<br>)<br>) Case No: 25-2647 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>July 03, 2025</u> in the county of <u>Hidalgo</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. <u>§1326(a)(1),(2)(Re-Entry After Deport)</u>, an offense described as follows:

an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully

This criminal complaint is based on these facts:
On July 3, 2025, the defendant was encountered by Border Patrol Agents in Hidalgo County, New Mexico. At the time of defendant's arrest, the defendant admitted that he was a citizen of Mexico and that he had illegally crossed the border into the United States at a place other than a lawful port of entry. Immigration checks revealed that the defendant had been deported on or about May 20, 2025. Immigration record checks do not indicate that the defendant has ever applied for, nor received the consent of the appropriate authority of the United States to re-apply for admission into the United States.

☐ Continued on the attached sheet.

_Complainant's signature_

Francisco Fernandez, Agent
_Printed name and title_

Sworn to before me via phone and signed in my presence.

Date: July 5, 2025

City and state: Las Cruces, N.M.

_Judge's signature_
DAMIAN L. MARTINEZ
U.S. MAGISTRATE JUDGE
_Printed name and title_